**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                              No. 4:14CR00098 JLH

HAROLD MCCOY                                                                            DEFENDANT

**ORDER**

Harold McCoy has filed a request to proceed *pro se*. On June 17, 2014, the Court conducted a hearing on that request. Mr. McCoy appeared in person and with his appointed lawyer, Assistant Federal Public Defender Nicole Lybrand. The government was represented by Assistant United States Attorney Benecia Betton Moore. Mr. McCoy is competent to make the decision as to whether to proceed *pro se*. His decision is a knowing and voluntary decision. Therefore, the request is GRANTED. Document #12. The Court hereby appoints Nicole Lybrand as standby counsel.

IT IS SO ORDERED this 17th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE